UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United Van Lines, LLC<br>    Plaintiff, | § §<br>§<br>§ | |
| V. | § §<br>§ | CAUSE NO. A-  05  -CA-   961   -LY |
| Emeka Uchendu and<br>New Era Technologies, MD.Inc.<br>    Defendants. | § §<br>§<br>§ | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

IT IS ORDERED THAT:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before _____ November 28, 2006 _____.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before _____ October 30, 2006 _____, and each opposing party shall respond, in writing, on or before _____ November 21, 2006 _____. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.

3. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before _____ March 1, 2007 _____.

LY Scheduling Order (rev. 07/2004)                    1

4.  All parties asserting claims for relief shall file and serve on all other parties their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before _____April 6, 2007_____ . Parties resisting claims for relief shall file and serve on all other parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before _____April 27, 2007_____ . All designations of rebuttal experts shall be filed and served on all other parties within fifteen (15) days of receipt of the report of the opposing expert, and the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served, but not filed, on all other parties within fifteen (15) days of receipt of the report of the opposing expert.

5.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within eleven (11) days of receipt of the written report of the expert's proposed testimony or within eleven (11) days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.**

6.  The parties shall complete discovery on or before _____May 30, 2007_____ . Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.  All dispositive motions shall be filed and served on all other parties on or before

_____June 29, 2007_____ and shall be limited to twenty (20) pages.  Responses shall be filed

and served on all other parties within eleven (11) days of the service of the motion and shall be

limited to twenty (20) pages.  Any replies shall be filed and served on all other parties within eleven

(11) days of the service of the response and shall be limited to ten (10) pages, but the Court need not

wait for the reply before ruling on the motion.

**The parties shall not complete the following paragraph 8.  It will be completed**

**by the Court at the initial pretrial conference to be scheduled by the Court.**

8.  This case is set for final pretrial conference, in chambers, on the _____ day of

_____, 20____, at _____ and _____ trial in the month of

_____, 20____.  The final pretrial conference shall be attended by at least

one of the attorneys who will conduct the trial for each of the parties and by any unrepresented

parties.  The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of

the final pretrial conference.

SIGNED this _____ day of _____, 20____.


_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

_____
Attorney for Plaintiff(s)

_____
Attorney for Defendant(s)

**PLEASE CALL JANIE JONES IF YOU HAVE QUESTIONS:  (512) 916-5896 ext. 234**

LY Scheduling Order (rev. 07/2004)                3

Vic H. Henry
Texas Bar No.  09484250
**Henry Oddo Austin & Fletcher, P.C.**
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
(214) 658-1900 (phone)
(214) 658-1919 (facsimile)

**ATTORNEY-IN-CHARGE FOR UNITED VAN LINES, LLC**


Aaron Charles de la Garza
Texas Bar No.  24028282
**Law Office of Aaron Charles de la Garza**
400 West 15th Street, Suite 300
Austin, Texas 78701
(512) 472-1172 (phone)
(512) 697-0038 (facsimile)

**ATTORNEY-IN-CHARGE FOR EMEKA UCHENDU and NEW ERA TECHNOLOGIES, MD, INC.**