IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES, LLC | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | C.A. NO. A-05-CA-961 LY |
| | § | |
| EMEKA UCHENDU and | § | |
| NEW ERA TECHNOLOGIES, MD, | § | |
| INC. | § | |
|     Defendants | § | |

### DEFENDANTS' AGREED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW EMEKA UCHENDU and NEW ERA TECHNOLOGIES, MD, INC. ("Defendants"), Defendants in the above-styled and numbered cause, file this agreed motion and move the Court for an order allowing The Law Office of Aaron Charles de la Garza to withdraw as attorney of record for Defendants and to substitute The Coburn Law Firm as counsel of record for Defendants, and in support thereof would respectfully show the following:

I.

This motion is made upon request, approval and consent of Defendants.

II.

Defendants move that The Law Office of Aaron Charles de la Garza, by and through Aaron Charles de la Garza, State Bar Number 24028282, 400 West 15th Street, Suite 300, Austin, Texas 78701, (512) 472-1172, (512) 697-0038 (facsimile) be withdrawn as counsel of record for Defendants, and that The Coburn Law Firm, by and through Nathan Coburn, State Bar

Number 24045669, 100 Congress Avenue, Suite 2000, Austin, Texas 78701, (512) 474-2090, (512) 474-2089 (facsimile), be substituted as counsel of record for Defendants, effective immediately.

### III.

This motion is not sought for delay but instead is made with the consent and approval of Defendants and Plaintiff.

### IV.

Counsel for Plaintiff agrees to this Motion, as reflected by his signature below.

WHEREFORE, PREMISES CONSIDERED, Defendants request that the Court grant this Motion to Withdraw and Substitute Counsel, and for such other and further relief, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

Aaron Charles de la Garza
Texas Bar No. 24028282
Law Office of Aaron Charles de la Garza
400 West 15th, Suite 300
Austin, Texas 78701
(512) 472-1172 (phone)
(512) 697-0038 (facsimile)

**ATTORNEY-IN-CHARGE FOR EMEKA UCHENDU and NEW ERA TECHNOLOGIES, MD, INC.**

**AGREED AS TO FORM AND SUBSTANCE:**

HENRY ODDO AUSTIN & FLETCHER, P.C.
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
(214) 658-1900 (phone)
(214) 658-1919 (facsimile)

By: _____
Vic Henry
Texas Bar No. 09484250

**ATTORNEYS FOR PLAINTIFF**

LAW OFFICE OF AARON CHARLES DE LA GARZA
400 West 15th, Suite 300
Austin, Texas 78701
(512) 472-1172 (phone)
(512) 697-0038 (facsimile)

By: _____
Aaron Charles de la Garza
Texas Bar No. 24028282

COBURN LAW FIRM
100 Congress Avenue, Suite 2000
Austin, Texas 78701
(512) 474-2090 (phone)
(512) 474-2089 (facsimile)

By: _____
Nathan Coburn
Texas Bar No. 24045669

**AGREED AS TO FORM AND SUBSTANCE:**

HENRY ODDO AUSTIN & FLETCHER, P.C.
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
(214) 658-1900 (phone)
(214) 658-1919 (facsimile)


By: _____
     Vic Henry
     Texas Bar No.09484250

**ATTORNEYS FOR PLAINTIFF**


LAW OFFICE OF AARON CHARLES DE LA GARZA
400 West 15th, Suite 300
Austin, Texas 78701
(512) 472-1172 (phone)
(512) 697-0038 (facsimile)


By: _____
     Aaron Charles de la Garza
     Texas Bar No. 24028282


COBURN LAW FIRM
100 Congress Avenue, Suite 2000
Austin, Texas 78701
(512) 474-2090 (phone)
(512) 474-2089 (facsimile)


By: _____
     Nathan Coburn
     Texas Bar No. 24045669


Defendants' Agreed Motion to Withdraw and Substitute Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this *Defendants' Agreed Motion to Withdraw and Substitute Counsel* upon each attorney of record and the original upon the Clerk of Court on this the 11th day of December, 2006, via electronic delivery by the Court's CM/ECF system.

Mr. Vic H. Henry
Henry Oddo Austin & Fletcher, P.C.
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
(214) 658-1900 (phone)
(214) 658-1919 (facsimile)

Mr. Aaron Charles de la Garza
Law Office of Aaron Charles de la Garza
400 West 15th, Suite 300
Austin, Texas 78701
(512) 472-1172 (phone)
(512) 697-0038 (facsimile)

By, /s/ Nathan D. Coburn

Nathan D. Coburn

Certificate of Service – Motion to Withdraw and Substitute Counsel