FILED
2006 DEC 13 AM 11:24
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED VAN LINES, LLC § | |
| Plaintiff § | |
| § | |
| v. § | C.A. NO. A-05-CA-961 LY |
| § | |
| EMEKA UCHENDU and § | |
| NEW ERA TECHNOLOGIES, MD, INC. § | |
| Defendants § | |

### AGREED ORDER

On the date shown below came to be considered Defendants' Agreed Motion to Withdraw and Substitute Counsel. The Court, having considered the same, is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that the Coburn Law Firm, by and through Nathan D. Coburn, is substituted as counsel of record for Defendants, and The Law Office of Aaron Charles de la Garza, by and through Aaron Charles de la Garza, is withdrawn as counsel of record for Defendants.

SIGNED this the 13th day of December, 2006.

_____
Judge Presiding

Order on Defendants' Motion to Withdraw and Substitute Counsel