IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED VAN LINES, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) CA NO. A-05-CA-961 LY |
| v. | ) |
| | ) |
| EMEKA UCHENDU and | ) |
| NEW ERA TECHNOLOGIES, MD., INC. | ) |
| Defendants. | ) |

## NOTICE TO THE COURT REGARDING
## THE DEATH OF DEFENDANTS' ATTORNEY

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff United Van Lines, LLC (hereinafter "Plaintiff"), files this Notice to the Court Regarding the Death of Defendants' Attorney and respectfully shows the Court the following:

1. On or about December 13, 2007 the Court signed an Order allowing Nathan D. Coburn to appear Pro Hac Vice and an Agreed Order substituting Nathan D. Coburn for Aaron Charles de la Garza as Defendants attorney of record.

2. On or about May 21, 2007, an attorney for Plaintiff contacted the law of office of Nathan D. Coburn to check on the status of the written discovery requests that were due and to schedule the depositions of the Defendants before the end of the month. Plaintiff was informed that Mr. Coburn unexpectedly died the preceding week and that an attorney would contact Plaintiff as soon as possible.

3. To date, Plaintiff has not been contacted by any attorneys from or assisting Mr.

Coburn's law firm and have not been notified of the substitution of new counsel.

4. The current scheduling order sets forth a discovery deadline of May 30, 2007 and a dispositive motion deadline of June 29, 2007 which Plaintiffs have been or will be unable to meet due to the unexpected death of Mr. Coburn.

WHEREFORE, Plaintiff files this Notice to the Court Regarding the Death of Defendants' Attorney.

Respectfully submitted,

By: _____
Vic H. Henry
State Bar No. 09484250
vhhenry@hoaf.com

**HENRY ODDO AUSTIN & FLETCHER**
a Professional Corporation

1700 Pacific, Suite 2700
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been sent via Certified Mail, Return Receipt Requested, to the following counsel of record on this 7th day of June, 2007.

Nathan D. Coburn
The Coburn Law Firm
100 Congress Avenue, Suite 2000,
Austin, Texas 78701-2745

_____
Vic H. Henry

NOTICE TO THE COURT REGARDING
THE DEATH OF DEFENDANTS' ATTORNEY