IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES, L.L.C. | § | |
| | § | |
| V. | § | A-05-CA-961-LY |
| | § | |
| EMEKA UCHENDU AND | § | |
| NEW ERA TECHNOLOGIES MD., INC. | § | |

## ORDER

Before the Court is Defendant Emeka Uchendu's Motion for Extension of Time to find new defense counsel, filed on August 13, 2007 (Clerk's Docket No. 24). Defendant Uchendu contends that he was out of the country when his previous counsel, Nathan Coburn, unexpectedly passed away. Accordingly, Defendant Uchendu requests that the Court grant him additional time to retain new defense counsel in this case. The Court finds that Defendant's Motion is meritorious and is HEREBY GRANTED. However, because this case is set for a bench trial before the District Court in the month of December 2007, the Court will only grant Defendant a **30-day extension of time** to retain new counsel. Accordingly, Defendant has until **September 30, 2007**, to retain new counsel in this case. It should further be noted that the Court will not extend any settings or deadlines contained in the District Court's Scheduling Order in this case at this time.

SIGNED this 31st day of August, 2007.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE