IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-05-CA-961-LY |
| | § | |
| EMEKA UCHENDU AND | § | |
| NEW ERA TECHNOLOGIES, MD, INC., | § | |
|     DEFENDANTS. | § | |

### ORDER

Before the Court is the above-styled cause of action. On November 27, 2007, the parties appeared before the Court for a Final Pretrial Conference. At the conference, the Court made the following rulings now memorialized in this order.

**IT IS ORDERED** that Defendants' Motion to Withdraw as Deemed Admitted Plaintiffs' Requests for Admissions and Motion for Additional Time to Respond filed November 24, 2007 (Doc. #36) is **GRANTED**. Defendants shall physically serve Plaintiff's counsel responses to all previously submitted discovery requests, including Plaintiff's requests for admissions, interrogatories, and requests for production, **on or before December 7, 2007, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the above-styled cause is scheduled for a **BENCH TRIAL** on **Monday, December 17, 2007, at 2:00 p.m.** in Courtroom 1, Second Floor, United States Courthouse, 200 West 8th Street, Austin, Texas.

SIGNED this 27th day of November, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE