IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-05-CA-961-LY |
| | § | |
| EMEKA UCHENDU AND | § | |
| NEW ERA TECHNOLOGIES, MD, INC., | § | |
|     DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On January 10, 2008, the parties filed an Agreed Stipulation of Dismissal with Prejudice (Doc. #44), which the Court has reviewed and accepts by this Final Judgment. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all costs of the court are taxed against the party incurring same.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED.**

SIGNED this 4th day of February, 2008.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE